UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALDIVIA, | No. 2:14-cv-2097 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| S. FRAUENHEIM, Warden, | |
| Respondent. | |

Petitioner is a state prisoner. On January 12, 2015, the Federal Defender was appointed to represent petitioner. On January 16, 2015, petitioner filed a pro se motion for the court's calendar hearing date. Petitioner's motion was signed on January 12, 2015, prior to receipt of the order appointing counsel. Because petitioner is now represented by counsel, all filings in this action must be made through counsel. Moreover, a request for hearing is premature at this time.

Accordingly, petitioner's pro se motion (ECF No. 9) is denied.

Dated: January 22, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vald2097.den

1