```
HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
OMAR VALDIVIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:14-cv-2097 TLN KJN |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR SUBSTITUTION OF** |
| v. | ) | **COUNSEL AND ORDER** |
| | ) | |
| OMAR VALDIVIA, | ) | |
| | ) | |
| Petitioner. | ) | |

Petitioner, OMAR VALDIVIA, hereby moves this Court for an order substituting Krista Hart, Attorney at Law, Post Office Box 188794, Sacramento, CA 95818, telephone (916) 498-8398; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Ms. Hart has agreed to represent Mr. Valdivia.

/ / /

/ / /

/ / /

-1-

Ms. Hart is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated:  January 21, 2015

>                                Respectfully submitted,
>
>                                HEATHER E. WILLIAMS
>                                Federal Defender
>
>                                */s/ David M. Porter*
>                                DAVID M. PORTER
>                                Assistant Federal Defender
>
>                                Attorneys for Petitioner
>                                OMAR VALDIVIA

Dated:  January 21, 2015        */s/ Krista Hart*
                                KRISTA HART

### **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated:  January 29, 2015

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

/vald2097.sub