UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALDIVIA, | No. 2:14-cv-2097 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| S. FRAUENHEIM, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2015, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 18, 2015, are adopted in full;

////

1

2. Petitioner's motion to stay (ECF No. 23) is granted, and this action is administratively stayed;

3. Petitioner shall file a motion to lift the stay of this action within thirty days from the date of any order by the California Supreme Court addressing Petitioner's habeas petition; and

4. The Clerk of the Court shall administratively close this case.

Dated: October 15, 2015

Troy L. Nunley
United States District Judge